Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ23-339 |
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| THEODORE WRIGHT, IV, | Title 18 U.S.C., § 922(g)(1); |
| | Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(C); |
| Defendant. | Title 18, U.S.C. § 924(c) |

BEFORE, the Honorable Michelle L. Peterson, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Unlawful Possession of a Firearm)

On or about June 17, 2022, in King County, within the Western District of Washington, THEODORE WRIGHT, IV, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

a. *Promoting Prostitution in the First Degree*, in King County Superior Court, Washington, on or about August 31, 2015, under cause number 14-C-03373-3 KNT;

Complaint – 1
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Smith & Wesson M&P45 Shield .45 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Possession of a Controlled Substance with Intent to Distribute)

On or about June 17, 2022, in King County, within the Western District of Washington, THEODORE WRIGHT, IV did knowingly and intentionally possess, with the intent to distribute, controlled substances, namely: methamphetamine and cocaine, substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about June 17, 2022, in King County, within the Western District of Washington, THEODORE WRIGHT, IV knowingly carried a firearm, that is: a Smith & Wesson M&P45 Shield .45 caliber pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of a Controlled Substance with Intent to Distribute*, as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

And the complainant states that this Complaint is based on the following information:

I, Ian Burns, being first duly sworn on oath, depose and say:

### INTRODUCTION

1.    I am a Special Agent with the United States Department of Justice (DOJ), Federal Bureau of Investigation (FBI), and have been so employed since 2014. In this

Complaint – 2
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

capacity, I enforce federal criminal laws relating to the sex trafficking of children and adults. As a result of investigating these offenses, I also investigate related offenses, such as individuals illegally using firearms and individuals possessing controlled substances with the intent to distribute the substances.

2.	I received a Bachelor of Science degree 2011. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516.

3.	I attended the FBI Academy in Quantico, Virginia. While there, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in all aspects of sex trafficking investigations, including surveillance, suspect interviews, executing arrest and search warrants, and reviewing digital forensic evidence

4.	This affidavit is made based upon my own personal knowledge and observations; my training and experience; information obtained from other agents, law enforcement officers, and witnesses; my review of documents and records related to this investigation; and my communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is made for the purpose of establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

//

//

Complaint – 3
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## SUMMARY OF PROBABLE CAUSE

*WRIGHT'S Predicate Offense*

5.      I reviewed court and law enforcement records related to THEODORE WRIGHT, IV. I have determined that on August 31, 2015, WRIGHT was sentenced in King County Superior Court, King County, Washington for *Promoting Prostitution in the First Degree, Unlawful Possession of a Firearm in the Second Degree, Tampering with a Witness, Violation of a Sexual Assault Protection Order* (two counts) *and Communication with a Minor for Immoral Purposes*, under cause number 14-C-03373-3 KNT. In the judgment and sentence for that case, the court sentenced WRIGHT to a total of approximately 60 months in custody.

*WRIGHT'S Arrest on June 17, 2022*

6.      I have reviewed police reports and documents related the arrest of WRIGHT on June 17, 2022. According to the reports and documents I reviewed, at approximately 7:11 p.m. on June 17, 2022, Seattle Police Department (SPD) officers were dispatched to 105 Mercer Street, Seattle, Washington for a report a shooting at a memorial service.

7.      Officers arrived on scene and learned there had been a memorial service at Ozzie's, a bar and restaurant in the lower Queen Anne neighborhood of Seattle. A disturbance broke out during the gathering at Ozzie's, which caused people to go outside of the establishment, where gunshots were fired. Officers found approximately five expended shell casings in the street on First Avenue West near Roy Street.

8.      While SPD Officers Hamerly and Schneeman drove to the shooting location, dispatch advised responding officers that a suspect vehicle associated with the shooting, identified as a Cadillac without permanent license plates, was speeding through both stop signs and traffic lights and heading northbound on Queen Anne Avenue. Queen Anne Avenue is less than two blocks west of the address the officers were dispatched to on Mercer Street.

Complaint – 4
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. As Officers Hamerly and Schneeman approached the intersection of Mercer Street and Taylor Avenue North, which is approximately seven blocks from the address officers were dispatched to originally, Officer Hamerly observed a Cadillac enter the intersection at a high rate of speed and driving in a reckless manner, according to Officer Hamerly. Officer Hamerly observed the Cadillac within minutes after the first 911 call reporting shots fired.

10. Officer Hamerly maneuvered his vehicle behind the Cadillac. The officers communicated with the call dispatcher, who advised the vehicle in question had no visible permanent license plates. The officers visually confirmed the Cadillac they were then behind had no visible permanent license plate. Officer Hamerly pulled his vehicle close to the Cadillac and started to approach the Cadillac on foot. As he did so, the driver of the Cadillac quickly tried to maneuver the Cadillac forward in an act Officer Hamerly perceived was an attempt to elude him. Officer Hamerly returned to his vehicle and pulled closer to the Cadillac. Officer Hamerly again exited his vehicle and verbally commanded the driver of the Cadillac to exit the vehicle.

11. WRIGHT, the driver and sole occupant of the vehicle, exited the Cadillac. Due to the nature of the call, officers, with weapons ready, ordered him to the ground. An officer frisked WRIGHT and discovered a firearm holster on his left side. The holster was empty.

12. Officer Williamson, who was with Officer Hamerly, advised WRIGHT of his constitutional rights, which WRIGHT acknowledged. Officer Williamson asked if WRIGHT had been at Ozzie's. WRIGHT said he had been there at a party but that he was just driving off.

13. Officer Rothwell was off duty at the time of the shooting and happened to be at Ozzie's when the disturbance arose. Prior to the shooting, Officer Rothwell noticed Ozzie's staff members trying to remove people from the establishment and offered to assist. Moments after offering to help the staff member, Officer Rothwell saw a number

Complaint – 5
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of people in the group outside start ducking toward the ground and running in multiple directions in a fashion Officer Rothwell knows crowds react when a weapon has been produced. Officer Rothwell saw two individuals with what appeared to be firearms. One individual was pointing his firearm at another individual, who was in the Bank of America parking lot across the street from 105 Mercer Street. Officer Rothwell saw the second individual in the Bank of America parking lot with his arms extended in a firing position, but Officer Rothwell could not specifically see a firearm in this individual's hand(s).

14.     In his report, Officer Rothwell described the individual in the Bank of America parking lot with his arms extended in a firing position as a black male with long dreads and a white shirt. A screenshot of Seattle Police Department body worn video from WRIGHT'S arrest after the shooting at Ozzie's on June 17, 2022, is pasted below.



15.     Meanwhile at the scene of the arrest of WRIGHT, officers observed three perforations in the vehicle consistent with bullet defects. Officers secured the Cadillac, which was determined to be registered to WRIGHT. Officers followed the Cadillac as it was towed to a secure towing lot maintaining visual observation of the vehicle the entire time it was in transit from the scene of WRIGHT'S arrest.

16.     King County Superior Court Judge Matthew Williams approved of a search warrant for WRIGHT'S Cadillac. Officers Baker and Magnuson served the search

Complaint – 6
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

warrant and located a Smith & Wesson M&P45 Shield .45 caliber pistol in the glovebox of the vehicle. The semi-automatic pistol was loaded with one round in the chamber. In the trunk of the vehicle the officers located an expended .45 caliber shell casing. Officers determined that the pistol in WRIGHT'S glovebox was reported stolen firearm from Covington, Washington. A photograph of the stolen semi-automatic pistol recovered from the glovebox of WRIGHT'S vehicle is pasted below.



17.     While conducting the search of the vehicle, officers located a backpack behind the driver's seat. Inside the backpack officers saw what appeared to be cocaine, baggies, and a scale. The officers then prepared an amended search warrant to include searching for narcotics. Judge Williams approved of the amended search warrant. Upon receiving the amended search warrant, the officers seized the backpack. Inside the backpack the officers located the following items:

- Approximately 14.7 grams (without packaging) of a substance that appeared to be cocaine;
- Approximately 5.2 grams (without packaging) of a substance that appeared to be methamphetamine;
- Approximately 5.6 grams of a substance that appeared to be marijuana;
- Bottle containing what appeared to be oxycodone pills;
- Digital scale;
- Approximately 40, 1-inch by 1-inch baggies; and
- Debit/credit card in the name of Theodore WRIGHT.

Complaint – 7
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A photograph of the items recovered from the backpack is pasted below.



18.     The suspected methamphetamine and cocaine were field tested and returned positive results for those substances.

19.     I know from my training and experience, as well as from my conversations with individuals who investigate controlled substances offenses, that the amount of cocaine located in the backpack inside WRIGHT'S vehicle exceeds that of "user quantities." In addition, I know from my training and experience, and from conversations with experienced investigators of controlled substances offenses, that scales are used by individuals engaged in the distribution of controlled substances to allow the seller to provide consistent and accurate quantities to those individuals they sell controlled substances. Additionally, I know from my training and experience and these conversations that 1-inch by 1-inch baggies are often used by sellers of controlled substances to package smaller "user quantities" of controlled substances for individual sales.

*Interstate Nexus Examination of the Firearm*

20.     On June 22, 2023, ATF Special Agent Catherine Cole, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, was provided a full description

Complaint – 8
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and serial number of the Smith & Wesson M&P45 Shield .45 caliber pistol, which was recovered from WRIGHT'S vehicle on June 17, 2022.

21.     Special Agent Cole determined that the Smith & Wesson M&P45 Shield .45 caliber pistol, was not manufactured in the State of Washington. Based upon her experience, knowledge, and research, it is also Special Agent Cole's opinion that the above-listed firearm meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). Furthermore, it is Special Agent Cole's opinion that, because the above-listed firearm was not manufactured in the State of Washington, it therefore must have traveled in, and thereby affected, interstate commerce if it was received or possessed in the State of Washington.

//

//

Complaint – 9
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

22.     Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that THEODORE WRIGHT, IV committed the offenses of *Unlawful Possession of a Firearm*, in violation of Title 18, United States Code, Section 922(g)(1); *Possession of a Controlled Substance with Intent to Distribute*, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C); and *Carrying a Firearm During and in Relation to a Drug Trafficking Crime*, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

IAN BURNS, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to me by telephone, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this 30th day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

Complaint – 10
*United States v. Theodore Wright, IV*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970