Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

July 19th 2023

Ravi Subramanian, Clerk

By_____Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THEODORE WRIGHT, IV,<br><br>　　　　　　　Defendant. | NO. **CR 23-117 JCC**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about June 17, 2022, in King County, within the Western District of Washington, THEODORE WRIGHT, IV, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

　　i.　*Promoting Prostitution in the First Degree,* in King County Superior Court, Washington, on or about August 31, 2015, under cause number 14-C-03373-3 KNT;

Indictment - 1
*United States v. Wright*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Smith & Wesson M&P45 Shield .45 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about June 17, 2022, in King County, within the Western District of Washington, THEODORE WRIGHT, IV did knowingly and intentionally possess, with the intent to distribute, a controlled substance, namely: methamphetamine and cocaine, substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

## COUNT 3

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about June 17, 2022, in King County, within the Western District of Washington, THEODORE WRIGHT, IV knowingly carried a firearm, that is: a Smith & Wesson M&P45 Shield .45 caliber pistol, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of a Controlled Substance with Intent to Distribute*, as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

//

//

//

//

//

Indictment - 2
*United States v. Wright*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either of the offenses charged in Counts 1 and 3 of this Indictment, THEODORE WRIGHT, IV, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearms and ammunition used and involved in the offense. Such property includes, but is not limited to:

    a.     one Smith & Wesson M&P45 Shield .45 caliber pistol; and

    b.     any associated ammunition.

Upon conviction of the offense charged in Count 2 of this Indictment, THEODORE WRIGHT, IV, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that was used or intended to be used to facilitate the commission of the offense. Such property includes, but is not limited to:

    a.     one Smith & Wesson M&P45 Shield .45 caliber pistol; and

    b.     any associated ammunition.

//
//
//
//
//
//
//
//

Indictment - 3
*United States v. Wright*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 7/19/23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
Acting United States Attorney

_____

TODD GREENBERG
Assistant United States Attorney

_____

BRIAN WYNNE
Assistant United States Attorney

Indictment - 4
*United States v. Wright*
USAO No. 2023R00715

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970